# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | Cr. No. <u>**20-20009**</u> |
| ) | |
| **vs.** ) | |
| ) | |
| **FREDERICK COLEMAN,** ) | |
| ) | |
| Defendant. ) | |

---

## UNITED STATES' POSITION TO PRESENTENCE INVESTIGATIVE REPORT

---

COMES NOW, the United States of America, by and through D. Michael Dunavant, United States Attorney for the Western District of Tennessee and Kevin Whitmore, Assistant United States Attorney, and respectfully states there are no objections to the Presentence Investigative Report (PSR).

WHEREFORE, the United States respectfully submits its position.

    Respectfully submitted,

    D. MICHAEL DUNAVANT
    United States Attorney

    <u>/s/Kevin P. Whitmore</u>
    KEVIN P. WHITMORE
    Assistant United States Attorney
    167 N. Main, Room 800
    Memphis, TN 38103
    (901) 544-4231

# CERTIFICATE OF SERVICE

I, Kevin P. Whitmore, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing filing was electronically sent to Attorney.

This date: December 8, 2020.

/s/ Kevin P. Whitmore
KEVIN P. WHITMORE
Assistant United States Attorney